AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT ||
|---|---|
| BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING | Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA |

**OFFENSE CHARGED**

8 U.S.C., Section 1326 - Illegal Reentry by an Alien After Deportation (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT - U.S.**

▶ JOHN STANFORD LASELLES-ANACLETO

*(Stamped: FILED OCT 25 2007 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — E-filing — WHA)*

**DISTRICT COURT NUMBER**

CR 07 0679

**PENALTY:**
Maximum Prison Term of Twenty Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of Three Years;
Mandatory Special Assessment of $100.

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
Department of Homeland Security/Immigration Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
07-70596

Name and Office of Person Furnishing Information on THIS FORM        **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    ALBERT B. SAMBAT

---

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges }  ☑ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution _____

Has detainer been filed?  ☐ Yes  ☐ No } If "Yes" give date filed _____

DATE OF ARREST ▶ 10/2/2007    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO


FILED
07 OCT 25 PM 4:19
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DIST. OF CALIFORNIA

UNITED STATES OF AMERICA

**CR 07 0679 WHA**

V.

JOHN STANFOR LASELLES-ANACLETO,
a/k/a John Stanford,
a/k/a Francisco, Aleman,
a/k/a John McGraw,

DEFENDANT.

## INDICTMENT

VIOLATION: 8 U.S.C. § 1326 - Illegal Reentry
Following Deportation

---

_INDICT_

A true bill.

_____
Foreman

Filed in open court this _____ day of
_____, 2007.

BETTY FONG
Clerk

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

Bail, $ _____

No process

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                 SAN FRANCISCO DIVISION
11
12 | UNITED STATES OF AMERICA,         )   No.
                                        )
13 |     Plaintiff,                     )   VIOLATION: 8 U.S.C. § 1326 – Illegal
                                        )   Reentry Following Deportation
14 | v.                                 )
                                        )
15 | JOHN STANFORD LASELLES-            )   SAN FRANCISCO VENUE
   | ANACLETO,                          )
16 |     a/k/a John Stanford,           )
         a/k/a Francisco Aleman,        )
17 |     a/k/a John McGraw,             )
                                        )
18 |     Defendant.                     )
                                        )
19 |_____)

20                     **INDICTMENT**

21  The Grand Jury charges:

22      On or about October 2, 2007, in the Northern District of California, the defendant,

23                  JOHN STANFORD LASELLES-ANACLETO,
                            a/k/a John Stanford,
24                         a/k/a Francisco Aleman,
                            a/k/a John McGraw,
25
    an alien, after having been removed, excluded, and deported from the United States, was
26
    thereafter found in the United States without having obtained the express consent of the Attorney
27
    //
28
    //

INDICTMENT

1  General or the Secretary of the Department of Homeland Security to reapply for admission into
2  the United States, in violation of Title 8, United States Code, Section 1326.

4  DATED: 10-25-07                              A TRUE BILL.

6                                               FOREPERSON

7  SCOTT N. SCHOOLS
   United States Attorney

10 GREGG W. LOWDER
   Chief, Major Crimes Division

12 (Approved as to form: _____ )
                        SAUSA SAMBAT

INDICTMENT