AO 257 (Rev. 6/78)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☑ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

8 U.S.C., Section 1326 - Illegal Reentry by an Alien After Deportation (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Maximum Prison Term of Twenty Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of Three Years;
Mandatory Special Assessment of $100.

---- DEFENDANT - U.S. ----

▶ JOHN STANFORD LASELLES-ANAGLETO

**DISTRICT COURT NUMBER**
CR 07-0679 WHA

E-filing

FILED 07 NOV -1 PM 2:52 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    } ☑ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

---- PROCEEDING ----

**Name of Complaintant Agency, or Person (&Title, if any)**
Department of Homeland Security/Immigration Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

**SHOW DOCKET NO.**

**MAGISTRATE CASE NO.**
07-70596

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

**DATE OF ARREST** ▶  Month/Day/Year  10/2/2007

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year

**Name and Office of Person Furnishing Information on THIS FORM**
SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
ALBERT B. SAMBAT

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL DIVISION
### VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

JOHN STANFORD LASELLES-ANACLETO,
a/k/a John Stanford,
a/k/a Francisco Aleman,
a/k/a John McGraw,

E-filing

CR07-0679 WHA

DEFENDANT.

---

# SUPERSEDING INDICTMENT

8 U.S.C. § 1326 - Illegal Reentry Following Deportation

---

INDICT

A true bill.

_____
Foreman

Filed in open court this ___ day of 11/1/2007

R. Scott
_____
Clerk

Bail, $ No process

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                 SAN FRANCISCO DIVISION

E-filing

11
12 | UNITED STATES OF AMERICA,       )   No. CR 07-0679 WHA
13 |     Plaintiff,                  )   VIOLATION: 8 U.S.C. § 1326 – Illegal
                                     )   Reentry Following Deportation
14 |     v.                          )
15 | JOHN STANFORD LASELLES-         )   SAN FRANCISCO VENUE
     ANACLETO,                       )
16 |     a/k/a John Stanford,        )
         a/k/a Francisco Aleman,     )
17 |     a/k/a John McGraw,          )
                                     )
18 |     Defendant.                  )
                                     )
19 |_____      )

20              SUPERSEDING INDICTMENT

21  The Grand Jury charges:

22      On or about February 27, 2007, June 28, 2003, June 24, 2003, June 19, 2003, October 11,

23  2000, November 22, 1997, and January 17, 1997, the defendant,

24
                JOHN STANFORD LASELLES-ANACLETO,
25                   a/k/a John Stanford,
                     a/k/a Francisco Aleman,
26                   a/k/a John McGraw,

27  an alien, was excluded, deported and removed from the United States, and thereafter, on or about

28  October 2, 2007, was found in the Northern District of California, the Attorney General of the

SUPERSEDING INDICTMENT
CR 07-0679 WHA

1 | United States and the Secretary of Homeland Security not having expressly consented to a re-
2 | application by the defendant for admission into the United States, in violation of Title 8, United
3 | States Code, Section 1326.
4 |
5 | DATED:                          A TRUE BILL.
6 | 11-1-07
7 |                                   FOREPERSON
8 | SCOTT N. SCHOOLS
   | United States Attorney
9 |
10 |
11 | GREGG W. LOWDER
   | Chief, Major Crimes Division
12 |
13 | (Approved as to form:
               SAUSA SAMBAT
14 |
...
28 |

SUPERSEDING INDICTMENT
CR 07-0679 WHA