1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  ALBERT B. SAMBAT (CABN 236472)
   Assistant United States Attorney

5

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
       Telephone: (415) 436-7129

7      albert.sambat2@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT

10
                 NORTHERN DISTRICT OF CALIFORNIA

11
                     SAN FRANCISCO DIVISION

12
   UNITED STATES OF AMERICA,        )   No. CR 07-0679 WHA
13                                   )
            Plaintiff,               )   UNITED STATES' STATUS
14                                   )   MEMORANDUM FOR INITIAL
       v.                            )   APPEARANCE
15                                   )
                                     )   Date: November 6, 2007
16   JOHN STANFORD LASELLES-         )   Time: 2:00 p.m.
     ANACLETO,                       )
17        a/k/a John Stanford,       )
          a/k/a Francisco Aleman,    )
18        a/k/a John McGraw,         )
                                     )
19        Defendant.                 )
                                     )
20  ─────────────────────────────────

21      I.   Introduction

22      The United States of America, by Scott N. Schools, United States Attorney for the Northern

23  District of California, and by Albert B. Sambat, Special Assistant United States Attorney,

    submits this memorandum to provide a summary of the status of the case.  This summary may
24
    assist the Court in the scheduling of further dates and the trial.
25
        II.  Nature of the Charges / Arraignment / Maximum Penalties
26
        An indictment on this matter was returned on October 25, 2007.  The indictment against the
27

28  UNITED STATES' STATUS MEMORANDUM
    CR 07-0679 WHA

                                 1

defendant charges the following offense: a violation of Title 8, United States Code, § 1326, illegal re-entry by a deported alien.

On October 26, 2007, Magistrate Judge Edward M. Chen arraigned the defendant on the indictment. A superseding indictment was then returned on November 1, 2007 charging the same offense.[1] Defendant is scheduled to be arraigned on the superseding indictment on November 6, 2007 at 9:30 a.m. If convicted of the offense alleged in the superseding indictment, the defendant faces maximum penalties of 20 years imprisonment, a $250,000 fine, 3 years of supervised release, and a $100 special assessment.

III. Defendant's Custodial Status / Attorney

The defendant appeared before Magistrate Judge Edward M. Chen on a complaint on October 12, 2007. At that initial appearance of the defendant, the United States moved to detain the defendant pursuant to Title 18, United States Code § 3142(f)(2), as a serious of flight risk. A detention hearing was then set for October 16, 2007.

On October 16, 2007, the defendant waived his detention hearing and asked the Magistrate Judge to waive findings. The Magistrate Judge then set a preliminary hearing/arraignment date for October 26, 2007. The defendant is currently in the custody of the U.S. Marshals.

Daniel Blank, Assistant Federal Public Defender represents the defendant in this case.

IV. Speedy Trial Date / Trial Date and Motion Dates

At present, the Speedy Trial Act (18 U.S.C. § 3161 et seq.) requires that the trial begin on or before January 3, 2008.

---

[1] On October 24, 2007, the Ninth Circuit ruled in *United States v. Salazar-Lopez*, — F.3d —, (9th Cir. 2007); 2007 WL 3085906, that the government was required under *Apprendi v. New Jersey*, 530 U.S. 466 (2000), to allege the dates of a defendant's prior removal and his felony conviction in an indictment charging a violation of 8 U.S.C. § 1326, in order for a defendant to be subject to an increased sentence under 8 U.S.C. § 1326(b). The Ninth Circuit also ruled however that the government's failure to do so was harmless error. In light of this case, the superseding indictment now contains language that allege the dates of prior removal.

UNITED STATES' STATUS MEMORANDUM
CR 07-0679 WHA

1    V.   Discovery / Request For Reciprocal Discovery

2    On October 16, 2007, the United States provided the defense with the defendant's entire

3    immigration file which includes the defendant's rap sheets, copies of fingerprint cards,

4    fingerprint analysis reports, executed warrants of deportation, sworn statements made by the

5    defendant in past interviews, and other various immigration documents.  The United States also

6    submitted supplemental discovery on October 24, 2007, consisting of a Certificate of

7    Nonexistence of Record.

8    Accordingly, pursuant to Fed. R. Crim. P. 16(b) and Fed. R. Crim. P. 26.2(a), the United

9    States hereby moves for reciprocal discovery.

10

11                                Respectfully submitted,

12                                SCOTT N. SCHOOLS
                                  United States Attorney
13

14   Dated: November 5, 2007          /s/Albert B. Sambat
                                       ALBERT B. SAMBAT
15                                     Special Assistant United States Attorney

16

17

18

19

20

21

22

23

24

25

26

27

28   UNITED STATES' STATUS MEMORANDUM
     CR 07-0679 WHA

                                       3