**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: November 6, 2007

Case No.: CR 07-00679 WHA

Title: UNITED STATES -v- JOHN STANFORD LASELLES-ANACLETO (custody)

Appearances:
    For the Government: Al Sambat

    For the Defendant(s): Dan Blank

Interpreter: n/a                                         Probation Officer: n/a

Deputy Clerk: Dawn Toland                    Court Reporter: Sylvia Russo

**PROCEEDINGS**

1) Trial Setting - HELD

2) 

Case continued to **12/18/07 at 2:00pm** for Change of Plea/Trial Setting

Case continued to __ for Pretrial Conference

Case continued to __ for Jury Trial

Time Excluded:   **Begins:**                **Ends:**

**ORDERED AFTER HEARING:**