UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: December 18, 2007

Case No.: CR 07-0679 WHA

Title: UNITED STATES -v- JOHN STANFORD LASELLES-ANACLETO (Custody)

Appearances:
    For the Government: Al Sambat

    For the Defendant(s): Dan Blank

Interpreter: n/a      Probation Officer: David Ackerman

Deputy Clerk: Dawn Toland      Court Reporter: Kathy Powell

**PROCEEDINGS**

1) Change of Plea - HELD

2) 

Case continued to __ for Status

Case continued to __ for Pretrial Conference

Case continued to __ for Jury Trial

**ORDERED AFTER HEARING:**

Parties have reached a Fast Track disposition.

Defendant entered a guilty plea to the One-Count Superseding Indictment. Plea Agreement filed.

JUDGMENT: Defendant is committed to the BOP for 18 months and placed on supervised release for 3 years and shall pay a special assessment of $100. No fine is imposed.

Government's motion to dismiss the original Indictment is granted.